

**SO ORDERED.**

**SIGNED April 22, 2005.**

_____
GERALD H. SCHIFF
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 04-51957 |
| | ) | |
| THE LOMA COMPANY, LLC | ) | CHAPTER 11 |
| Debtor | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW SUPPORTING AGREED ORDER (1) APPROVING TRUSTEE'S SETTLEMENT AND RELEASE OF CLAIMS OF THE ESTATE UNDER STOCK PURCHASE AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (2) DISMISSING CHAPTER 11 CASE**

*THE COURT,* having considered the *Joint Motion for Order (1) Approving Trustee's Settlement and Release of Claims of the Estate under Stock Purchase Agreement Pursuant to Bankruptcy Rule 9019 and (2) Dismissing Chapter 11 Case* (the "Motion") filed by H. Kenneth Lefoldt, Jr., Trustee of the Chapter 11 Bankruptcy Estate of The Loma Company, LLC (the "Trustee"), Newpark Resources, Inc. ("Newpark"), Newpark Holdings, Inc., Soloco, L.L.C., OLS Consulting Services, Inc., Bank One, N.A., Ores Paul Seaux, Lucile P. Seaux and Kenneth Paul Seaux, issues the following FINDINGS OF FACT AND CONCLUSIONS OF LAW SUPPORTING AGREED ORDER (1) APPROVING

TRUSTEE'S SETTLEMENT AND RELEASE OF CLAIMS OF THE ESTATE UNDER STOCK PURCHASE AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (2) DISMISSING CHAPTER 11 CASE;

(1) the *Notice of Hearing on Joint Motion for Order (1) Approving Trustee's Settlement and Release of Claims of the Estate under Stock Purchase Agreement Pursuant to Bankruptcy Rule 9019 and (2) Dismissing Chapter 11 Case* (the "Notice") provided to the parties set forth on the certificate of service attached to the Notice was sufficient and proper pursuant to Federal Rule of Bankruptcy Procedure 2002;

(2) the settlement of the claims of the Estate and grant of releases by the Estate to Ores Paul Seaux, Lucile P. Seaux and Kenneth Paul Seaux, their affiliates, insiders, successors, and assigns, and OLS Consulting Services, Inc., in connection with the settlement of claims contained in the Stock Purchase Agreement is fair and equitable and in the best interest of the Estate;

(3) the settlement meets all requirements for the approval of settlements under Federal Rule of Bankruptcy Procedure 9019;

(4) the conditions to the dismissal of the Chapter 11 case, set forth in the Motion, including (a) satisfaction of the conditions to the Stock Purchase Agreement, (b) the consummation of the transactions contemplated therein, and (c) payment of the administrative expenses of the Estate by Newpark, have been satisfied; and

(5) the dismissal of the Debtor's Chapter 11 case shall not effect that certain Trust Indenture dated May 1, 1998 (the "Indenture"), the Floating Rate Option Notes (the "Notes") issued under the Indenture, the Reimbursement Agreement dated as of May 1, 1998 (as amended, the "Reimbursement Agreement"), or the Irrevocable Letter of Credit dated as of May 28, 1998 (as amended, the "Letter of Credit"); the Indenture, Notes, Reimbursement Agreement, Letter of Credit, and all related documents, shall remain in full force and effect in accordance with their terms after the Chapter 11 case is dismissed; and

(6) the dismissal of the Debtor's Chapter 11 case is in the best interest of the Debtor, the Estate, and the creditors and is proper pursuant to 11 U.S.C. § 305.

###

**AGREED AND APPROVED:**

**ADAMS & REESE, L.L.P.**

*/s/ Lisa Merz Hedrick*

John M. Duck (#5104)
Lisa Merz Hedrick (#26421)
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Fax: (504) 566-0221
**Counsel for H. Kenneth Lefoldt, Jr.,
Chapter 11 Trustee**

**HELLER, DRAPER, HAYDEN, PATRICK
& HORN, L.L.C.**

_____
William H. Patrick III (#10359)
Tristan E. Manthey (#24539)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 568-1888
Fax: (504) 522-0949

and

**KING, LeBLANC & BLAND, P.L.L.C.**
Henry A. King (#7393)
Timothy S. Madden (#21733)
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Fax: (504) 582-1233
**Counsel for Counsel for Newpark Resources, Inc.,
Newpark Holdings, Inc., and Soloco, L.L.C.**

3

(6) the dismissal of the Debtor's Chapter 11 case is in the best interest of the Debtor, the Estate, and the creditors and is proper pursuant to 11 U.S.C. § 305.

###

**AGREED AND APPROVED:**

**ADAMS & REESE, L.L.P.**

_____
John M. Duck (#5104)
Lisa Merz Hedrick (#26421)
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Fax: (504) 566-0221
**Counsel for H. Kenneth Lefoldt, Jr.,
Chapter 11 Trustee**

**HELLER, DRAPER, HAYDEN, PATRICK
& HORN, L.L.C.**

_____
William H. Patrick III (#10359)
Tristan E. Manthey (#24539)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 568-1888
Fax: (504) 522-0949

and

**KING, LeBLANC & BLAND, P.L.L.C.**
Henry A. King (#7393)
Timothy S. Madden (#21733)
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Fax: (504) 582-1233
**Counsel for Counsel for Newpark Resources, Inc.,
Newpark Holdings, Inc., and Soloco, L.L.C.**

3

GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, L.L.P.

_____
Louis M. Phillips (#10505)
Brandon A. Brown (#25592)
301 Main Street, Suite 1600
Baton Rouge, LA 70825
Telephone: (225) 381-9643
Telefax: (225) 336-9763
**Counsel for OLS Consulting Services, Inc.**

TAYLOR, PORTER, BROOKS
& PHILLIPS L.L.P.

_____
Brett P. Furr (#17572)
Andrée Matherne Cullens (#23212)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Telefax: (225) 346-8049
**Counsel for Bank One, N.A.**

REED SMITH, LLP


_____
Eric A. Schaffer (PA # 30797)
Nicholas R. Pagliari (PA # 87877)
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone (412) 288-7208
Fax (412) 288-3063
**Counsel for J.P. Morgan Trust Company, N.A.**

DEBAILLON & MILEY

_____
Paul N. DeBaillon (# 4778)
201 A Travis Street
P.O. Box 51387
Lafayette, LA 70505
Telephone: (337) 237-0598
Telefax: (337) 233-8867
**Counsel for Ores Paul Seaux, Lucile P. Seaux,
and Kenneth Paul Seaux**

4

GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, L.L.P.

---

Louis M. Phillips (#10505)
Brandon A. Brown (#25592)
301 Main Street, Suite 1600
Baton Rouge, LA 70825
Telephone: (225) 381-9643
Telefax: (225) 336-9763
**Counsel for OLS Consulting Services, Inc.**

**TAYLOR, PORTER, BROOKS
& PHILLIPS L.L.P**

---

Brett P. Furr (#17572)
Andrée Matherne Cullens (#23212)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Telefax: (225) 346-8049
**Counsel for Bank One, N.A.**

**REED SMITH, LLP**

*/s/ Eric A. Schaffer/*
Eric A. Schaffer (PA # 30797)
Nicholas R. Pagliari (PA # 87877)
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone (412) 288-7208
Fax (412) 288-3063
**Counsel for J.P. Morgan Trust Company, N.A.**

**DEBAILLON & MILEY**

---

Paul N. DeBaillon (# 4778)
201 A Travis Street
P.O. Box 51387
Lafayette, LA 70505
Telephone: (337) 237-0598
Telefax: (337) 233-8867
**Counsel for Ores Paul Seaux, Lucile P. Seaux,
and Kenneth Paul Seaux**